IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PATRICK W. SMITH, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-669-JJF |
| STATE OF DELAWARE, DEPARTMENT OF JUSTICE, SUPREME COURT, RANDY J. HOLLAND, JACK B. JACOBS, HENRY D. RIDGELY, | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 1 day of November, 2007, the Court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that the application is GRANTED.

_____
United States District Judge