IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PATRICK W. SMITH, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 07-669-JJF |
| | : |
| STATE OF DELAWARE, DEPARTMENT OF JUSTICE, DELAWARE SUPREME COURT, JUSTICE RANDY J. HOLLAND, JUSTICE JACK B. JACOBS, and JUSTICE HENRY D. RIDGELY, | : : : : : : |
| | : |
| Defendants. | : |

**ORDER**

NOW THEREFORE, at Wilmington this 21 day of February, 2008, IT IS HEREBY ORDERED that Plaintiff's Complaint is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B). Amendment of the Complaint would be futile.

UNITED STATES DISTRICT JUDGE